UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


**UNITED STATES OF AMERICA,**

Plaintiff,

**HONORABLE ARTHUR J. TARNOW**

v.

**No. 10-20075-3**

**ALISTAIR RUFUS MCGEE,**

Defendant.

_____/


**SHOW CAUSE HEARING**

**Thursday, July 8, 2010**


Appearances:

Leonid Feller                          David M. Burgess
U.S. Attorney's Office                 Burgess & Burgess
211 W. Fort Street, #2300              535 Griswold, #2500
Detroit, Michigan  48226              Detroit, Michigan  48226
(313) 226-9100                         (313) 961-4382
  On behalf of Plaintiff                 On behalf of Defendant


                            -   -   -


*To obtain a certified transcript, contact:*
*Sheri K. Ward, Official Court Reporter*
*Theodore Levin United States Courthouse*
*231 West Lafayette Boulevard, Room 219*
*Detroit, Michigan  48226*
*(313)965-4401 · ward@transcriptorders.com*

*Transcript produced using machine shorthand and CAT software.*

*Show Cause Hearing*
*Thursday, July 8, 2010*

**I N D E X**

Proceedings                                                    Page

Argument by Mr. Burgess  ..........................4

Ruling of the Court ..............................7

Certification of Reporter .......................8

-   -   -

*10-20075-3; U.S.A. v. Alistair Rufus McGee*

*Show Cause Hearing*
*Thursday, July 8, 2010*                                    3

1                              Detroit, Michigan

2                              Thursday, July 8, 2010

3                              3:46 p.m.

4                              -   -   -

5            **THE CLERK:**  Now calling the case of *United States of*

6   *America v. Alistair Rufus McGee*, Case Number 10-20075.

7            Will counsel identify yourselves for the record,

8   please.

9            **MR. FELLER:**  Good afternoon, Your Honor,

10  Leonid Feller for the United States.

11           **MR. BURGESS:**  And, good afternoon, Your Honor, may it

12  please this Honorable Court, David Burgess on behalf of

13  Alistair McGee.

14           **THE COURT:**  Good afternoon.  The primary reason for

15  this is the Show Cause Hearing, in which the government may

16  have an intellectual interest in but is not a participant, and

17  then we'll do some scheduling only as to your client, as we

18  have to repeat the exercise with either both defendants present

19  or at least with Mr. Porter present.

20           **MR. BURGESS:**  And, Your Honor, just in --

21           **THE COURT:**  Do you have counsel, Mr. Burgess?

22           **MR. BURGESS:**  If need be, Your Honor, I can have my

23  partner here present.  Does the Court want him?

24           **THE COURT:**  It's your choice.  You are the respondent

25  in this matter.  It's a pretty serious thing when you miss a

*Show Cause Hearing*
*Thursday, July 8, 2010*                                    4

 1   date, and coincidentally, your codefendant's attorney did show

 2   up about 30 minutes late, but it's hard to run a court when

 3   people don't appear on time.  Is there any response from you?

 4           **MR. BURGESS:**  Your Honor, my -- first of all, I would

 5   just like to start out by saying I do appreciate the Court

 6   accommodating me this afternoon, but I would also like to start

 7   off by saying that I apologized yesterday to your staff for not

 8   appearing.  I know an explanation --

 9           **THE COURT:**  Well, I hope you apologized to your

10   client and to the government.

11           **MR. BURGESS:**  I do apologize to Mr. Feller, and I

12   apologize -- my client was not aware of the court date

13   yesterday.

14           **THE COURT:**  Well, your client was not aware of the

15   court date yesterday because you didn't tell him.

16           **MR. BURGESS:**  That is correct, Your Honor.  I was not

17   aware of the court date yesterday as well.  I understand -- I

18   spoke with your deputy yesterday, Your Honor.  I do understand

19   that it was posted.  However, it's odd that this happened.

20   Myself, my father is my partner, who I know you know, as well

21   as my office manager, who checks ECF religiously, none of us

22   saw that we had a court date yesterday so I don't know how I

23   missed it yesterday, but I missed it.  I have never missed a

24   court date in front of you.  I have never missed a court date

25   in this building.  I don't know how I missed it, but all

*10-20075-3; U.S.A. v. Alistair Rufus McGee*

*Show Cause Hearing*
*Thursday, July 8, 2010*                                                 5

1    three people did not notice that I had a court date yesterday.

2           THE COURT:  The most important person is you.  You

3    have that responsibility.

4           MR. BURGESS:  I'm not trying to put off my

5    responsibility on anybody but myself, Your Honor.  I'm just

6    letting the Court know that we have sort of a fail safe check

7    thing in the office, and no one noticed it.  Something must

8    have happened that didn't allow all three people that normally

9    check ECF to notice that we had a court hearing yesterday at

10   3:30.  That's just for background purposes for the Court.

11          THE COURT:  Okay.

12          MR. BURGESS:  Pardon me?

13          THE COURT:  I was just waiting to see if there was

14   going to be an apology to the Court as opposed to just --

15          MR. BURGESS:  I started off with an apology to the

16   Court, but I can continue, Your Honor.  I did apologize to the

17   Court.  I apologized to the Court's staff yesterday on the

18   phone, and I do apologize again to the Court today as well,

19   Your Honor, for missing the court date yesterday.  Again, I

20   have given the Court my explanation as to why I was not present

21   yesterday.  It was not intentional obviously, but be that as it

22   may, Your Honor, I do apologize.  I know this Court is busy,

23   and I know the Court took time out of its schedule to

24   accommodate us yesterday so I do apologize.

25          THE COURT:  As I was thinking about the consequences

*10-20075-3; U.S.A. v. Alistair Rufus McGee*

*Show Cause Hearing*
*Thursday, July 8, 2010*                                    6

1   of you not appearing, it seems apparent, and this is something

2   that the government does have a role in, and that is that I

3   can't even talk about the merits of the pending motions without

4   your codefendant here and his attorney, which means that we

5   will adjourn the matter Friday, which would be a mirror image

6   of this hearing, but without you here and your client, with the

7   codefendant and his attorney.

8            Mr. Feller?

9            **MR. FELLER:**  Your Honor, I have no problem with that.

10  My only thought, I guess, is --

11           **THE COURT:**  Wait, wait, wait, wait.  It's ten minutes

12  to 4:00 on a Thursday afternoon, and you only have one thought?

13           **MR. FELLER:**  One thought.

14           **THE COURT:**  Relevant, okay.

15           **MR. FELLER:**  One relevant thought, Your Honor.  My

16  recollection of the hearing, the evidentiary hearing we had

17  back in May was that, I don't know if the Court expressly ruled

18  or not, but that the only live motion remaining was

19  Mr. Porter's motion to suppress.

20           **THE COURT:**  And I think you are probably right, but I

21  think in terms of efficiency, and so both Mr. Burgess and his

22  client understand what's going on, they have a right to be

23  here, and I'm not going to go ahead with that on a date that I

24  know -- unless everyone agrees to do it in Brooklyn.

25           **MR. FELLER:**  That would be fine with me, Your Honor.

*10-20075-3; U.S.A. v. Alistair Rufus McGee*

*Show Cause Hearing*
*Thursday, July 8, 2010*

7

1    **MR. BURGESS:** I could ask Judge Gleeson, Your Honor.

2    **THE COURT:** Is that the famous Judge Gleeson?

3    **MR. BURGESS:** John Gleeson?

4    **THE COURT:** Does he have white hair?

5    **MR. BURGESS:** No, he's a younger, dark-haired. Well,

6    he's getting a little gray, Your Honor. He was a

7    U.S. Attorney. He prosecuted John Gotti, I know that.

8    **THE COURT:** All judges are fungible, Mr. Burgess.

9    You should know that by now.

10   **MR. BURGESS:** Not on the record, Your Honor.

11   **THE COURT:** Okay. Going back to the primary ruling I

12   have to make, I'm going to accept your apology and withdraw the

13   show cause, but the -- it's not going to happen again because

14   you are not going to have another -- the likelihood of you

15   having another case here is not that great, in this courtroom,

16   since -- is this your first or second case in the 12 years I

17   have been here?

18   **MR. BURGESS:** This is my second actually, Your Honor.

19   I had one in 2004, so . . .

20   **THE COURT:** Yeah, and I'm not sure I'm going to still

21   be a judge in 2016.

22   **MR. BURGESS:** We can hope.

23   **THE COURT:** It may be my choice, not somebody else's.

24   The other -- so that's withdrawn, and your apology is accepted.

25   **MR. BURGESS:** Thank you.

*10-20075-3; U.S.A. v. Alistair Rufus McGee*

*Show Cause Hearing*
*Thursday, July 8, 2010*

8

1    **THE COURT:**  And we'll give you a date next week to

2    continue -- are you available, Mr. Feller?

3    **MR. FELLER:**  Generally, Your Honor, yes.

4    **THE COURT:**  Okay.  Ms. Ware will circulate a date

5    this afternoon, maybe two dates, for the two of you to choose

6    from, but she can give you those two dates, but the question is

7    whether Mr. Pookrum is available or not.  Okay?

8    **MR. FELLER:**  All right, Your Honor.

9    **MR. BURGESS:**  Okay.

10   **THE COURT:**  I think that's all I want to say.

11   Thank you for coming, and thank you for showing up.

12   **MR. BURGESS:**  Thank you.

13   **THE COURT:**  And I think we're done.

14   **MR. FELLER:**  Thank you, Judge.

15   (Proceedings concluded at 3:53 p.m.)

16                          -   -   -

17              **C E R T I F I C A T I O N**

18         I, Sheri K. Ward, official court reporter for the

19   United States District Court, Eastern District of

20   Michigan, Southern Division, appointed pursuant to the

21   provisions of Title 28, United States Code, Section 753,

22   do hereby certify that the foregoing is a correct

23   transcript of the proceedings in the above-entitled cause

24   on the date hereinbefore set forth.

25

*10-20075-3; U.S.A. v. Alistair Rufus McGee*

*Show Cause Hearing*
*Thursday, July 8, 2010*

1        I do further certify that the foregoing

2    transcript has been prepared by me or under my direction.

3

4    s/ Sheri K. Ward_____                    October 14, 2011
     Sheri K. Ward                             Date
5    Official Court Reporter

6                         -    -    -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*10-20075-3; U.S.A. v. Alistair Rufus McGee*