```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MICHIGAN
                    SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                                    Case No. 10-CR-20075
            Plaintiff,              Hon. Arthur Tarnow
    vs.

DENNIS CHARLES PORTER,
ALISTAIR RUFUS McGEE,

            Defendants.
_____/
```

**TRANSCRIPT OF STATUS CONFERENCE AND MOTION FOR NEW COUNSEL**

```
          BEFORE THE HONORABLE ARTHUR J. TARNOW
             UNITED STATES DISTRICT COURT JUDGE
                    Detroit, Michigan
                  Monday, April 26, 2010


APPEARANCES:

FOR GOVERNMENT:       LEONID FELLER, ESQ.
                     U.S. Attorney's Office
                     211 W. Fort Street, Ste 2001
                     Detroit, Michigan 48226

FOR DEFENDANT        WALTER C. POOKRUM, ESQ.
PORTER:              Walter C. Pookrum Associates
                     1862 Penobscot Building
                     645 Griswold Street
                     Detroit, MI 48226

FOR DEFENDANT        DAVID M. BURGESS, ESQ.
MCGEE:               Burgess & Burgess
                     535 Griswold, Suite 2500
                     Detroit, MI 48226

                  *    *    *
OFFICIAL COURT REPORTER:
Denise A. Mosby, CSR, RMR, CRR
www.transcriptorders.com
```

```
 1                         Detroit, Michigan
 2                         Monday, April 26, 2010
 3                         2:40 p.m.
 4                              -  -  -
 5              MR. FELLER:  Good afternoon, Your Honor.  Leonid
 6   Feller for the United States.
 7              MR. POOKRUM:  May it please the Court, Walter
 8   Pookrum, on behalf of Mr. Dennis Porter.
 9              MR. BURGESS:  May it please the Court, David
10   Burgess, on behalf of Mr. Alistair McGee.
11              (Off the record.)
12              THE COURT:  Before we start -- who is sitting
13   next to you, Mr. Pookrum?
14              MR. POOKRUM:  This is Mr. Porter.
15              THE COURT:  Mr. Porter, how are you today?
16              MR. PORTER:  Fine, sir.
17              THE COURT:  You wrote a letter.  And this is
18   neither Mr. Feller's business nor Mr. Burgess, but you are
19   welcome to stay.
20              MR. FELLER:  Yes.
21              THE COURT:  I took that as your request for
22   another attorney.  Is that a fair statement?
23              MR. PORTER:  Yes, it was.  But me and my lawyer
24   had a misunderstanding and a miscommunication.
25              THE COURT:  Now, "miscommunication" might be a
```

```
 1   better description, because there was no understanding
 2   because, according to your letter, there was no communication.
 3                 But you are satisfied now with Mr. Pookrum?
 4                 MR. PORTER:  Yes, sir.
 5                 THE COURT:  You understand, Mr. Pookrum, you
 6   have an obligation to talk to your client?
 7                 MR. POOKRUM:  Yeah, no question about that.
 8                 THE COURT:  Well, there was a question in your
 9   client's mind up until a few minutes ago?
10                 MR. POOKRUM:  Well, I spoke with him, on the day
11   he wrote this letter, two and a half hours.  I filed a
12   response.  I don't know if the Court has --
13                 THE COURT:  No, I don't.  I do, but I haven't
14   read it.  I could have taken the time to read it, but I
15   haven't.
16                 MR. POOKRUM:  Oh, all right.
17                 THE COURT:  So, how do you want to proceed
18   today, Mr. Pookrum?  Are there any motions left?
19                 MR. POOKRUM:  Not today.
20                 THE COURT:  Well, today was motion cutoff day,
21   was it not?
22                 MR. POOKRUM:  No.  That was last Friday.
23                 THE COURT:  Oh.  Well, excuse me.
24                 MR. POOKRUM:  So, I moved to extend that given
25   the turn of events, and --
```

```
 1                 THE COURT:  What was the turn of events?  The
 2   failure to communicate?
 3                 MR. POOKRUM:  No.  That Mr. Porter had filed the
 4   letter that the Court treated as a motion.
 5                 THE COURT:  Okay.
 6                 MR. POOKRUM:  Right.
 7                 So, I filed a motion to extend those dates
 8   pending the outcome --
 9                 THE COURT:  Do you have any motions you are
10   going to file besides this motion?
11                 MR. POOKRUM:  Yes, sir.
12                 THE COURT:  How much time are you going to need?
13                 MR. POOKRUM:  With my schedule the way it is
14   right now, probably till the 11th of May.
15                 THE COURT:  Is that enough time for you,
16   Mr. Burgess?  Can we make it the same day for your client?
17                 MR. BURGESS:  That's fine, Your Honor.
18                 Mr. Feller has -- I assume -- I have been given
19   discovery already in this matter.  So, I'm part way through it
20   as it is.  It's about eight disks and maybe an inch of
21   information, but I should be able to . . .
22                 THE COURT:  Yeah.  I don't want to see you
23   listening to it in the car while you are taking notes and
24   driving.
25                 MR. BURGESS:  I won't do that, Your Honor.  No,
```

```
 1   the Court won't see me do it anyway.
 2                  THE COURT:  That's fine.
 3                  Is there a third Defendant here, Mr. Feller?
 4                  MR. FELLER:  He has pled guilty, Your Honor.
 5                  THE COURT:  Okay.  So, May 11th is the come-back
 6   date?
 7                  MR. POOKRUM:  That was the --
 8                  THE COURT:  What kind of motion do you have,
 9   Mr. Pookrum, if you want to give us a preview?  You don't have
10   to.
11                  MR. POOKRUM:  Uhm . . .
12                  THE COURT:  First of all, do you have all of the
13   discovery material?
14                  MR. POOKRUM:  Mr. Feller tells me that I have.
15   I just got some transcripts today of I guess recorded
16   conversations and also --
17                  THE COURT:  Mr. Porter's biggest hits?
18                  MR. POOKRUM:  Correct.
19                  THE COURT:  Okay.  Where are you housed now,
20   Mr. Porter?
21                  MR. POOKRUM:  Now, that was another issue.  The
22   Judge wants to know where you are housed?
23                  MR. PORTER:  St. Clair County Jail, Your Honor.
24                  THE COURT:  Do you want a river view?  Do you
25   want a cell that you can view the river from?  Is that your
```

```
 1   request?
 2              MR. PORTER:  No, sir.  Anywhere down state or
 3   the county jail, Dickerson or Milan Detention.
 4              THE COURT:  Well, I think there's a problem at
 5   Wayne County because they have raised their rates, and the
 6   powers that be decide --
 7              And correct me if I'm wrong.  Are you sending
 8   people to Wayne County now?
 9              MARSHAL:  Oh, I don't know.  I'm not from --
10              Jim, do you know?
11              MARSHAL NO. 2:  No.
12              THE COURT:  No or, no, you don't know.
13              MARSHAL NO. 2:  I do not know, Your Honor.
14              THE COURT:  I think someone from the U.S.
15   Attorney's office said they are raising their rates and not
16   using that facility, which it costs a lot more for a lawyer to
17   go out to St. Clair or wherever they house people.
18              But I will ask the marshals if you can have him
19   housed at Milan when the space is available.
20              MR. POOKRUM:  Or, Your Honor, at Wayne County if
21   they are still doing that.
22              THE COURT:  I understand.  His first choice is
23   Wayne County.  And I think you've got some seniority now.  So
24   you might be able to get it.
25              MR. PORTER:  Thank you, Your Honor.
```

```
 1                THE COURT:  All right.  Is there anything else
 2    we have to do today then?  Mr. Feller?
 3                MR. FELLER:  I just don't know if we want any
 4    other dates besides their motion cutoff.
 5                THE COURT:  Well . . .
 6                MR. FELLER:  Or if we want to see the motions
 7    and then go from there.
 8                THE COURT:  No.  May 11th is the cutoff date.
 9    And the following week I will be in remedial judges school
10    learning how to decide motions.
11                MR. POOKRUM:  That may be helpful.
12                THE COURT:  It can't hurt.  It can't hurt,
13    Mr. Pookrum.
14                Ms. Ware, why don't you give us a date the
15    following week, if we have time.
16                We also have a meeting in Columbus to learn how
17    to be judges.  So, that half of our May is taken up by how to
18    do it, without giving us time to do it, but . . .
19                MR. POOKRUM:  Well, that will be the next
20    meeting.
21                THE COURT:  No, there won't be another meeting
22    for a while.
23                CASE MANAGER:  May 24th at 3:30.
24                THE COURT:  May 24th at 3:30.
25                Are you available, Mr. Porter?
```

US v Porter, et al. #10-CR-20075

```
 1                    MR. PORTER:  Yes, Your Honor.
 2                    THE COURT:  Okay.  Mr. Pookrum?
 3                    MR. POOKRUM:  Yes, Your Honor.
 4                    THE COURT:  Mr. Burgess?
 5                    MR. BURGESS:  Yes, Your Honor.
 6                    THE COURT:  Mr. Feller?
 7                    MR. FELLER:  Yes, Your Honor.
 8               When would you like my response?
 9                    THE COURT:  The next day or so.  Why don't you
10    do it first.
11                    MR. FELLER:  The day after the hearing?
12                    THE COURT:  The day after the hearing?  Are you
13    going to do your usual proposed opinion?
14                    MR. FELLER:  Sure.  I'll try and be helpful.
15                    THE COURT:  Is seven days enough?
16                    MR. FELLER:  Oh, sure.
17                    THE COURT:  All right.  Have they reorganized
18    your office yet?
19                    MR. FELLER:  Working on it, judge.  Working on
20    it.
21                    THE COURT:  Good.  That will give them two more
22    years of something to do.
23               Anything else?
24                    MR. POOKRUM:  That's it for me.
25                    THE COURT:  Mr. Porter, it's a touch of heaven
```

```
 1    seeing you.
 2                MR. PORTER:  You too, Your Honor.
 3                THE COURT:  And I'm sure you enjoyed the ride
 4    down here.  And depending on who rides you back, you might get
 5    to stop at McDonalds or somewhere.
 6                MARSHAL:  That's what you are going to learn
 7    when you go to judges school; that's not happening.
 8                THE COURT:  Burger King?  I'm sorry.
 9                MARSHAL:  Burger King.  McDonalds is too high.
10                THE COURT:  Just give him a packet of salt and
11    sugar and tell him he was there.
12                MARSHAL:  That's pretty much what's in it,
13    right?
14                THE COURT:  Yeah.
15                Thank you all.
16                MR. BURGESS:  Thank you, Judge.
17                (Proceedings adjourned at 2:52 p.m.)
18                        —    —    —
19
20
21
22
23
24
25
```

```
STATE OF MICHIGAN )
                  ) ss.
COUNTY OF WAYNE   )
```

I, Denise A. Mosby, Federal Official Court Reporter, do certify that the foregoing is a correct transcript from the record of proceedings in the above matter.

                                      s/ Denise A. Mosby
                                      _____
                                      DENISE A. MOSBY, CSR, RMR, CRR
                                      United States Court Reporter
                                      124 Theodore Levin U.S. Courthouse
                                      231 W. Lafayette Boulevard
                                      Detroit, MI 48226
                                      313.961.6230
                                      Denise_Mosby@mied.uscourts.gov

Dated:    May 31, 2011