UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(3) ALISTAIR RUFUS MCGEE,<br><br>Defendant. | 2:10-CR-20075-TGB<br><br><br><br>ORDER REQUIRING<br>SUPPLEMENTAL BRIEFING |

Defendant Alistair McGee has moved for early termination of supervised release. (ECF No. 176). The motion does not state any additional information in support of his request.

Therefore, IT IS ORDERED that Defendant McGee shall file a supplemental document containing additional information the Court should consider in determining whether he is entitled to or eligible for early termination of his supervised release.

The document shall be filed on or before **October 3, 2022**. If Defendant McGee fails to submit supplemental briefing by this date, the motion will be denied without prejudice.

DATED this 1st day of September, 2022.

                                            BY THE COURT:

                                            /s/Terrence G. Berg
                                            TERRENCE G. BERG
                                            United States District Judge